UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ESSENTIA INSURANCE COMPANY )
    Plaintiff, )
      )
v.   )  **JUDGMENT**
      )
      ) No. 5:20-CV-175-FL
HERBERT STEPHENS  )
    Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion to dismiss for failure to state a claim and motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2021, and for the reasons set forth more specifically therein, the court GRANTS plaintiff's motion to dismiss and motion for judgment on the pleadings. The court ADJUDGES AND DECLARES that the Essentia Policy provides no underinsured motorist benefits coverage for defendant's bodily injuries sustained as a result of the September 22, 2019, car accident.

**<u>This Judgment Filed and Entered on March 30, 2021, and Copies To:</u>**
Jennifer A. Welch  (via CM/ECF Notice of Electronic Filing)
Walter C. Holton, Jr.  (via CM/ECF Notice of Electronic Filing)

March 30, 2021    PETER A. MOORE, JR., CLERK

            /s/ Sandra K. Collins
          (By) Sandra K. Collins, Deputy Clerk